**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION, ACTIVATION AND MONITORING OF CERTAIN ELECTRONIC TRACKING AND ENTRY DETECTION DEVICES TO BE LOCATED IN A BAG DESCRIBED AS A BLACK DUFFEL BAG WITH AN ORANGE STRIP OF TAPE AFFIXED TO THE ZIPPER CONTAINING A SUBSTANCE THAT RESEMBLES COCAINE. | No.   4:21 MJ 1087 (JMB)<br><br>**FILED UNDER SEAL**<br><br>SUBMITTED TO THE COURT AND SIGNED BY RELIABLE ELECTRONIC MEANS |

**ORDER FOR SEALING**

On motion of the United States of America, it is hereby ordered that the application, affidavit, warrant and this Order issued thereto be sealed until September 11, 2021, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated: This __23rd__ day of April, 2021.